IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| TINA YEAGER,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, JOHN/JANE DOE,<br><br>Defendants. | No.:<br><br>COMPLAINT AND DEMAND FOR JURY TRIAL<br><br>(NOT SUBJECT TO MANDATORY ARBITRATION)<br><br>Prayer: $261,369.46<br>Fee Authority: ORS 21.160(1)(c) |

Plaintiff alleges:

1.

At all times material, plaintiff Tina Yeager is a resident of Umatilla County, State of Oregon.

2.

At all times material, defendant The Home Depot, hereinafter "Home Depot", was a business corporation authorized to do business in Multnomah County, Oregon.

3.

At all times material, plaintiff Tina Yeager was an invitee on defendant's premises.

4.

On or about May 7th, 2022, plaintiff was shopping at Home Depot in Hermiston, Oregon. An employee/employees of Home Depot, John/Jane Doe, had placed a wooden pallet/crate on the ground, partially obstructing the aisle in her path.

5.

Store merchandise had been placed in the isle in a manner that required plaintiff to step around the mechanize. As she stepped around the store mechanize, she did not see the pallet/crate and tripped over the it, injuring her back and hip.

/ /



***GRANT WENZLICK***
*Attorney at Law*
4085 S.W. 109th Avenue, Suite 100
Beaverton, Oregon 97005
Telephone (503) 574-3397 Facsimile (503) 536-6830

6.

Plaintiff was an invitee in defendant Home Depot's premises. Defendant Home Depot and its employee(s) were under a duty to use reasonable diligence to ascertain the condition of the premises, to warn plaintiff and thus to protect plaintiff from hazardous conditions, and to remove and/or maintain hazardous conditions of which defendant Home Depot and its employee(s) knew or in the exercise of reasonable diligence, could or should have known.

7.

Defendant Home Depot and its employee(s) violated their duty to use reasonable care in the following respects:

a. In maintaining a public nuisance by way of placing a pallet/crate, store merchandize in a location which obstructed the aisle;

b. In failing to warn customers of the pallet/crate, store merchandize in the aisle;

c. In failing to remove the pallet/crate, store merchandize from the aisle where guests would walk;

d. In failing to place barricades, or other devices to prevent invitees and/or the general public from encountering the pallet/crate, store merchandize in the aisle; and

e. In failing to provide an alternate means of travel for customer use.

8.

As a result of the defendants' negligence as alleged, plaintiff suffered the following injuries, some of which may be permanent in nature:

a. the wrenching, tearing and twisting of soft tissues, blood vessels and supporting ligaments, tendons and muscles of the low back, hip and knee;

b. contusion of left hip and thigh;

c. contusion of left knee;

d. pain in left hip;

e. tendinosis of the left gluteus minimus;

f. tear of left gluteus minimus tendon;

g. piriformis muscle pain;

h. trochanteric bursitis of left hip;

i. muscle spasm of back;

j. lumbar radiculopathy;


*GRANT WENZLICK*
*Attorney at Law*
4085 S.W. 109th Avenue, Suite 100
Beaverton, Oregon 97005
Telephone (503) 574-3397 Facsimile (503) 536-6830

k. spondylosis with radiculopathy lumbar region; and

l. other low back pain.

9.

To date, plaintiff has incurred medical bills, diagnostic and related health care costs to her economic damage in the amount of $11,369.46, an amount which will be amended at or near trial.

10.

As a further foreseeable result of the defendants' negligence, plaintiff was injured and suffered pain, discomfort, inconvenience, and interference with her normal and usual activities. Some of plaintiff's injuries are permanent, and will cause her ongoing pain indefinitely into the future. Plaintiff requests non-economic damages in the amount of $250,000.00.

WHEREFORE, plaintiff Tina Yeager claims for relief against defendants The Home Depot and John/Jane Doe as follows:

a. For her economic damages in the amount of $11,369.46;

b. For her non-economic damages in the amount of $250,000.00;

c. For her statutory costs and disbursements; and

d. For such other relief as the court deems just.

Dated this 13th day of March, 2024.

Grant Wenzlick, OSB # 991233
Attorney for Plaintiff



***GRANT WENZLICK***
*Attorney at Law*
4085 S.W. 109th Avenue, Suite 100
Beaverton, Oregon 97005
Telephone (503) 574-3397 Facsimile (503) 536-6830